# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00150-WS-B |
| JARVIS J. BALDWIN | : |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 48) and without any objection having been filed by the parties, the Defendant's plea of guilty to Count Three of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **April 21, 2020 at 2:30 p.m**. in Courtroom 4B before the undersigned.

**DONE and ORDERED** this 7th day of November 2019.

                                               s/WILLIAM H. STEELE
                                               UNITED STATES DISTRICT JUDGE